IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY A. GREDE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case Number CIV-07-702-C |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On January 24, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation ("R&R") in this action in which Plaintiff seeks judicial review of Defendant Commissioner of Social Security Administration's final decision denying her application for disability benefits. Judge Bacharach recommended Plaintiff's case be remanded for further proceedings. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety

The Court ADOPTS the Report and Recommendation of the Magistrate Judge and REMANDS this matter to Defendant for further proceedings consistent with the rulings herein.

IT IS SO ORDERED this 26th day of February, 2008.

ROBIN J. CAUTHRON
United States District Judge